IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01532-BNB

SYLVIA OCAMPO WEICHMANN, also known as
SYLVIA OCAMPO WEICHMAN,

Plaintiff,

v.

JUDGE ANNE MANSFIELD,
JOSEPH MORALES,
LISA ARNOLDS, and
NANCY ANDERSON,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Sylvia Ocampo Weichmann, also known as Sylvia Ocampo Weichman, was incarcerated at the Denver County Jail when she attempted to initiate the instant action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and documents titled "Bond" and "TECA Injunction." She since has informed the Court that she is confined at the Colorado Mental Health Institute in Pueblo, Colorado.

The Court reviewed the submitted documents and determined they were deficient. Therefore, in an order filed on June 29, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Ms. Weichmann to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The June 29 order pointed out that Ms. Weichmann failed to submit a certified copy of her trust fund account statement for the six-month period immediately preceding this filing. The order also pointed out that Ms. Weichmann failed to submit a Prisoner Complaint. The order warned Ms. Weichmann that if she failed to cure the designated deficiencies within the time allowed the action would be dismissed without prejudice and without further notice.

On July 15, 2010, Ms Weichmann submitted a letter and two uncertified account summaries for the time period from April 1, 2010, to July 12, 2010. She has failed, however, within the time allowed, to cure all the deficiencies designated in the June 29 order to cure. Therefore, the action will be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with a Court order and cure the designated deficiencies as directed within the time allowed.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Sylvia Ocampo Weichmann, within the time allowed, to cure all the deficiencies designated in the June 29, 2010, order to cure.

DATED at Denver, Colorado, this 4th day of August, 2010.

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01532-BNB

Sylvia O. Weichmann
Prisoner No. 007694
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/4/10

                                           GREGORY C. LANGHAM, CLERK

                                           By:
                                                Deputy Clerk